36

606 A.2d 1171

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Girard BANKS, Appellee.**

Supreme Court of Pennsylvania.

Argued Jan. 21, 1992.

Decided May 19, 1992.

Mary MacNeil Killinger, Chief, Appeals Div., for appellant.

Barry F. Gultanoff, Pottstown, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, and CAPPY, JJ.

## ORDER

PER CURIAM.

The appeal is dismissed as having been improvidently granted.

PAPADAKOS, J., did not participate in the consideration or decision of this matter.

LARSEN, J., notes his dissent.